**In the Matter of Jerome S. SLOAN.**

**No. 351, Disciplinary Docket No. 1.**

Supreme Court of Pennsylvania.

Feb. 7, 1995.

PETITION FOR REINSTATEMENT

*ORDER*

PER CURIAM:

AND NOW, this 7th day of February, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 28, 1994, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

MONTEMURO, J., is sitting by designation.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael B. SEGAL, Respondent.**

**No. 907, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Feb. 15, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of February, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 19, 1994, it is hereby

ORDERED that MICHAEL B. SEGAL be and he is DISBARRED from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.

■

**In the Matter of Alton H. MADDOX, Jr.**

**No. 72 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 27, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of February, 1995, Alton H. Maddox, Jr., having been suspended from the practice of law in the State of New York for a period of five years by Order of the Supreme Court of the State of New York dated August 1, 1994; the said Alton H. Maddox, Jr., having been directed on October 3, 1994, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Alton H. Maddox, Jr., is suspended from the practice of law in this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

MONTEMURO, J., is sitting by designation.